*Defiance* vs. *Nuestra Senora de la Sur,* 1745

C° OF Rᵈ  Friday May 17ᵗʰ 1745 the following Preparatory Examinations were taken

Capᵗ John Dennis Comʳ of the Brigⁿ Defiance on Oath gave Answer to these Questions.

*Quesⁿ* 1.  When and where did you take the Brigⁿ now brought into this Port by you

*Aʳ*  On or About the 27ᵗʰ day of April last in the Old Streights of Bahama

*Qᵗ*  What Number of Persons were there on board and of what Nation at the time of Capture

*Aʳ*  About thirty all Spaniards

*Qⁿ*  of what Burthen

*Aʳ*  One Hundred and fifty ton

$Q^t$ Are the Papers now Produced in Court all that were found on board at the time of Capture without fraud Subduction addition or Embezelment being A Spa$^s$ Invoice Several Bills of Lading and A Clearance w$^{ch}$ was translated

$An^r$ Yes.                                                                     John Dennis

John Sweet Master of the s$^d$ Brig$^t$ gave Oath to the truth of the above Evidence                                                                John Sweet

M$^r$ Moses Lopez was Sworn by the law of Moses Spanish Interpreter.

Diego Garcia A Spaniard and Gunner of the s$^d$ Prize being Sworn in Court gave the following Ans$^{rs}$

$Q^t$ When and where and by whom was you taken

$A^r$ About nineteen days ago between the Keys in the Old Streights by Cap$^t$ Dennis

$Q^t$ Who was Master of the Brig$^t$ and what Number of Persons were on board at the time of Capture and of what Nation

$A^r$ Don Manuel de la Tore A Spaniard, Was Cap$^t$ about thirty Persons on board including Passengers all Spaniards, Save two Portuguese

$Q^n$ What became of the Cap$^t$

$A^r$ He begg'd to be put on shore Having a great familly and being indispos'd

$Q^n$ What does y$^r$ Cargo Consist of

$A^r$ Cheifly Copper and Monies and One Negroe

$Q^n$ How many Guns

$A^r$ five

$Q^n$ To whom Does this Vessel and Cargo belong to

$A^r$ To Several inhabitants of Maraciabo all Subjects of the King of Spain

$Q^n$ from whence did you sail and where bound

$A^r$ from Lavera Cruz and touch'd at the Havanna but bound for Maraicabo, where s$^d$ Vessel and Cargo belonged.

his<br>
Diego   X   Garica<br>
mark

Francisco del Castillo A Spaniard Gunners mate of S$^d$ Prize gave Oath to the truth of s$^d$ Evidence

his<br>
Francisco   X   del Castillo<br>
mark

At a Court of Vice Admiralty held at Newport in the Colony on Monday the 20th Inst. at 3 o Clock P: M

Before the Hon^ble Leonard Lockman Esq^r Judge
The Court was Opend
The Libel Monition and Preparatory Exam^s being read A Petition was Presented

It plainly Appears to me that the Brig^t called the Nuestra Seniora de la sur S^t Joseph de las Animas with her Appurtenances and Cargo consisting of Silver, Copper drugs and sundry kind of Merchandize and two Negroe Slaves were the Property of the Subjects of the King of Spain Enemy to our Sovereign Lord the King I therefore Condemn the same as lawfull Prize to be divided Amongst the Captors and Owners as they amongst themselves have Agreed, the Captors Paying Cost as the law Directs, and whatever goods are liable to duty to pay the same to the Coll^r of his Maj^s Customs